

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2021

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellee's brief is currently due December 28, 2021. On December 16, 2021, appellee filed a motion requesting an extension of that deadline until January 27, 2022. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by January 27, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court